Regular Opinion