Sealed Opinion